**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NICOLAS PERNAS,

*Plaintiff,*

v.

KALSHIEX LLC; KALSHI INC.; KALSHI KLEAR LLC; ROTHERA EXCHANGE AND CLEARING LLC f/k/a LEDGERX LLC, to the extent it remains a separate or relevant legal entity; and JOHN/JANE DOE ENTITIES 1-10,

*Defendants.*

Case No. 1:26-cv-07419-MMG

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendants KalshiEX LLC, Kalshi Inc., and Kalshi Klear LLC ("Defendants"), by and through their undersigned counsel, in accordance with Fed. R. Civ. P. 7.1., state the following:

KalshiEX LLC is a Delaware limited liability company with its principal place of business in New York, New York. Kalshi Inc. is the parent company and sole member of KalshiEX LLC.

Kalshi Inc. is a non-governmental corporation organized under the laws of Delaware and with its principal place of business in New York, New York. It is a privately held company that has no parent company, and no publicly held corporation owns 10 percent or more of its stock/equity.

Kalshi Klear LLC is a Delaware limited liability company with its principal place of business in New York, New York. Kalshi Klear Inc. is the parent company and sole member of Kalshi Klear LLC.

Kalshi Inc. is the parent company of Kalshi Klear Inc. No publicly held corporation owns 10% or more of Kalshi Klear Inc.'s stock.

Dated: New York, New York
October 29, 2026

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Justin J. D'Elia*
Justin J. D'Elia
Y. Katie Wang
Jillian Dreusike
335 Madison Ave.
New York, NY 10017
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email: jjdelia@duanemorris.com
Email: kwang@duanemorris.com
Email: jdreusike@duanemorris.com

- and -

Michael S. Zullo (*pro hac forthcoming*)
30 South 17th St.
Philadelphia, PA 19103
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
Email: mszullo@duanemorris.com

*Attorneys for Defendants*