**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NICOLAS PERNAS,

*Plaintiff,*

v.

KALSHIEX LLC; KALSHI INC.; KALSHI KLEAR LLC; ROTHERA EXCHANGE AND CLEARING LLC f/k/a LEDGERX LLC, to the extent it remains a separate or relevant legal entity; and JOHN/JANE DOE ENTITIES 1-10,
,

*Defendants.*

Case No. 1:26-cv-07419-MMG

**NOTICE OF MOTION TO COMPEL ARBITRATION,**
**OR IN THE ALTERNATIVE,MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, pursuant to Sections 3 and 4 of the Federal Arbitration Act, or, in the alternative, Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law and Declarations of Justin J. D'Elia and Xavier Sottile, dated October 29, 2026, and all attached exhibits thereto, Defendants Kalshi Inc., Kalshi KlearLLC, and KalshiEX LLC ("Defendants") will move this Court, before the Honorable Margaret M. Garnett, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, in Courtroom 906, at a date and time to be determined by the Court, for an Order granting dismissal of the Complaint in the above-captioned matter and granting such other and further relief as the Court deems just and proper.

[*signature on following page*]

Dated: New York, New York
October 29, 2026

Respectfully submitted,

**DUANE MORRIS LLP**

*<u>/s/ Justin J. D'Elia</u>*
Justin J. D'Elia
335 Madison Ave.
New York, NY 10017
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email: jjdelia@duanemorris.com

- and -

Michael S. Zullo (*pro hac forthcoming*)
30 South 17th St.
Philadelphia, PA 19103
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
Email: mszullo@duanemorris.com

*Attorneys for Defendants*