**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NICOLAS PERNAS,

*Plaintiff,*

v.

KALSHIEX LLC; KALSHI INC.; KALSHI KLEAR LLC; ROTHERA EXCHANGE AND CLEARING LLC f/k/a LEDGERX LLC, to the extent it remains a separate or relevant legal entity; and JOHN/JANE DOE ENTITIES 1-10,

*Defendants.*

Case No. 1:26-CV-07419

**DECLARATION OF XAVIER SOTTILE**

I, Xavier Sottile, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Head of Markets at Kalshi Inc. (together with KalshiEX LLC and Kalshi Klear LLC, "Kalshi"). In that role, I am familiar with Kalshi's ordinary course of business including Kalshi's account registration and onboarding process, the maintenance of Kalshi's member account records, including the electronic records Kalshi creates and maintains in the ordinary course of its business reflecting each user's acceptance of Kalshi's account agreements.

2. I submit this declaration in support of Kalshi's Motion to Compel Arbitration, or in the Alternative, Motion to Dismiss Plaintiff Nicolas Pernas's Verified Complaint (ECF No. 1, the "Complaint").

3. Unless otherwise stated, the facts set forth herein are based on my personal knowledge, my review of Kalshi's business records maintained in the ordinary course of business, and information provided to me by Kalshi personnel working under my direction or supervision. If called as a witness, I could and would testify competently thereto.

4. KalshiEX LLC is a designated contract market registered with the Commodity Futures Trading Commission that operates an exchange on which event contracts are listed and traded (the "Exchange" or the "Platform").

5. A user's access to and use of the Platform is governed by, among other documents, the Kalshi Member Agreement (the "Member Agreement") and the KalshiEX Rulebook (the "Rulebook")

6. No person may create a Kalshi account, fund an account, or trade on the Platform without first affirmatively agreeing to the Member Agreement and the documents it incorporates by reference, including the Rulebook. This requirement has been in place, in substantially the same form, at all times since, and prior to November 6, 2022.

7. To create an account, a prospective user must complete Kalshi's online account application through the Kalshi website or mobile application.

8. Before the account can be created, the user is presented with the Member Agreement. The Member Agreement states at the outset, in capitalized text: "PLEASE CAREFULLY READ AND MAKE SURE YOU UNDERSTAND THIS ENTIRE MEMBER AGREEMENT, INCLUDING ALL DOCUMENTS INCORPORATED BY REFERENCE, BEFORE CLICKING "I ACCEPT" TO INDICATE YOUR AGREEMENT TO BE BOUND BY THIS MEMBER AGREEMENT. CLICKING THE "I ACCEPT" BUTTON IS THE LEGAL EQUIVALENT OF YOU MANUALLY SIGNING THIS MEMBER AGREEMENT." *See* Exhibit 1, Kalshi Member Agreement dated 10.27.2021, p. 2.

9. The Member Agreement closes with a further capitalized statement: "BY CLICKING "I ACCEPT" YOU HEREBY AGREE TO THE TERMS OF THIS AGREEMENT AND EXPRESSLY ACKNOWLEDGE THAT YOU HAVE RECEIVED, READ AND

UNDERSTOOD ALL DOCUMENTS INCORPORATED HEREIN BY REFERENCE." Exhibit 1 at p. 7.

10. During the sign up process, users are also presented with all the Kalshi Agreements, including the Rulebook.

11. Rule 5.1(a) of the Rulebook states no person may "trade any Contracts on the Platform unless such Person has received, read, understood, and accepted the Kalshi Rulebook, Terms of Use, Privacy Policy, and Member Agreement, and has certified having done so." *See* Exhibit 2, KalshiEX LLC Rulebook Version 1.10 at p. 31.

12. The user must affirmatively click "continue" under text that reads "[b]y continuing, you acknowledge and agree to Kalshi's legal terms, which we recommend reviewing."

13. When a user clicks "continue" and creates an account, Kalshi's systems automatically generate and store an electronic record of that acceptance associated with the user's unique account, including the date and time of acceptance and the version of the Member Agreement accepted.

14. These records are created at or near the time of acceptance, are maintained in the ordinary course of Kalshi's regularly conducted business, and it is Kalshi's regular practice to create and maintain them.

15. According to Kalshi's business records, Plaintiff opened an account with Kalshi on November 6, 2022, at 10:41PM EST.

16. Kalshi's records further reflect that, in the course of opening his account, Plaintiff agreed to the Member Agreement dated October 27, 2021, *see* Exhibit 1, and version 1.10 of the Rulebook, *see* Exhibit 2.

17. Plaintiff could not have opened his Account, deposited funds, or traded on the Platform without doing so.

18. Plaintiff purchased a number of event contracts including the event contract titled "Who will Trump Meet with in 2025," under ticker KXWLEADER-25-JT (the "Event Contract"), attached hereto as Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2026, at New York, New York.

DocuSigned by:
Xavier Sottile
0B51C5D8D41E44A...
Xavier Sottile